JOSHUA D. LICHTMAN (State Bar No. 176143)
Email: jlichtman@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

ADAM T. SCHRAMEK (TX. State Bar No. 24033045)
Email: aschramek@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 536-5232
Facsimile: (512) 536-4598
(*pro hac vice* application to be filed)

Attorneys for Plaintiff
Caliber Holdings Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIBER HOLDINGS CORP., <br><br> Plaintiff, <br><br> v. <br><br> FUSA, INC. d/b/a/ FIX AUTO and JAMES T. HUARD, <br><br> Defendants. | Civil Action No. SACV13-602-AG (ANx) <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT, VIOLATION OF UNIFORM TRADE SECRETS ACT, BREACH OF CONTRACT AND BREACH OF FIDUCIARY DUTY/DUTY OF LOYALTY** <br><br> **DEMAND FOR JURY TRIAL** |

1
2
3   Plaintiff Caliber Holdings Corp. ("Caliber") hereby complains of Defendants
4   FUSA, Inc., doing business as "Fix Auto," and James T. Huard ("Huard")
5   (collectively "Defendants") and alleges as follows:

## JURISDICTION

7   1.   This is a civil action seeking injunctive relief and damages for
8   copyright infringement under the federal Copyright Act, 17 U.S.C. § 101 *et seq.*,
9   misappropriation of trade secrets under California law, breach of contract and
10  breach of fiduciary duty/duty of loyalty.

11  2.   The Court has exclusive subject matter jurisdiction over the copyright
12  claim pursuant to 28 U.S.C. §§ 1331 and 1338(a), and it has supplemental
13  jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

14  3.   Defendants have ongoing and systematic contacts within the State of
15  California and within this District. Defendant Fix Auto maintains its principal
16  place of business, at which Defendant Huard works, within the Central District of
17  California. Defendants committed the tortious acts complained of herein within the
18  State of California and, more particularly, within the Central District of California.
19  And Defendants caused tortious injury within this District. Therefore, this Court
20  has personal jurisdiction over Defendants.

## VENUE

22  4.   Venue is proper in the Central District of California pursuant to 28
23  U.S.C. §§1391(b) and 1400(a) because a substantial part of the events giving rise to
24  these claims occurred in Orange and Los Angeles Counties.

## THE PARTIES

26  5.   Caliber Holdings Corp. is a Delaware corporation with its principal
27  place of business in Lewisville, Texas.
28

6. Defendant FUSA, Inc. is a California corporation doing business as "Fix Auto" with its principal place of business in Anaheim Hills, California.

7. Defendant James T. Huard is a California resident and Vice President of Operations at Fix Auto.

## INTRODUCTION

8. Caliber and Fix Auto are competitors in the collision repair industry. Fix Auto has stolen Caliber's operations manual and trade secrets and is using them to copy Caliber's successful operations and steal away its customers and business. Former Caliber employee Jim Huard is also improperly soliciting Caliber employees to leave the company and work for Fix Auto. Caliber is currently suffering immediate and irreparable harm from Defendants' conduct and initially seeks to restrain Defendants and all others acting in concert with them from infringing Caliber's copyrights or soliciting its employees through the filing of its Application for Temporary Restraining Order.

## FACTUAL BACKGROUND

9. Caliber is one of the nation's largest collision repair companies and the leader in the collision repair industry. Caliber has repair centers across the Southwest, with its highest concentration of shops in Southern California.

10. Fix Auto is one of Caliber's competitors. Its brand is made up of predominantly foreign repair shops concentrated in Canada. Fix Auto is attempting to build a base of U.S. franchises, purporting to offer independently-owned collision repairers with "an extensive suite of resources designed to maximize performance and position [its] franchise locations for long-term success" such as "training," a "complete claims management solution," and business support "at a fraction of the cost."

11. To maintain its status as the premier collision repair center, Caliber invested substantial amounts of time, effort and resources into developing a comprehensive, proprietary operations manual. The manual took many months to

1  develop and is an original work based on Caliber's many years of experience. The
2  manual is a trade secret, setting out concrete steps for providing superior customer
3  service and repairs, thereby maximizing revenue from individuals and insurance
4  companies. Each step contains detailed information and directions for employees
5  to follow. Caliber created two versions of the manual, a long version and a short
6  version. The long version contains even more detailed information as well as
7  performance benchmarks and operational checkpoints. Caliber's operating manuals
8  are a valuable asset that provide it a competitive advantage in its operations.

9      12. Caliber has taken, and continues to take, substantial steps to safeguard
10 the secrecy of the confidential and proprietary information contained in the
11 manuals. For example, employees receiving copies must sign written agreements
12 that the manual contains confidential, proprietary and trade secret information and
13 will not reproduced, distributed or disclosed to others.

14     13. The United States Copyright Office has approved the registration of
15 Caliber's operating manuals. Caliber is the sole owner of all right, title and interest
16 in and to the manuals and possesses all rights of recovery under the Copyright Act,
17 including the exclusive right to use, copy and create derivative works from the
18 manuals and to recover damages for past, present and future infringements.

19     14. Defendant Huard began working for Caliber in approximately 2006 as
20 a center manager. In connection with his employment, Huard signed a General
21 Confidentiality Agreement with Caliber on December 30, 2006. The agreement
22 acknowledges that during the course of his employment with Caliber, Huard will be
23 exposed to Caliber's confidential information. "Confidential Information" is
24 defined in the agreement to include trade secrets and "all other information relating
25 to the business of the Company," among other things. The agreement recognizes
26 that the disclosure of such information "could severely damage the economic
27 interests of the Company and its ability to compete in the Industry." Under the
28 agreement, Huard agreed:

>not to, directly or indirectly, (a) disclose, disseminate, distribute, sell or otherwise make known any Confidential Information of the Company either to anyone outside the Company or any person in the Company except as authorized by the Company and as necessary for the performance of my duties during the course of my engagement with the Company; (b) reproduce, reconstruct, copy, or compile such Confidential Information, without prior written consent of the Company, or (c) make any use whatsoever of such Confidential Information except as authorized by the Company and as necessary for the performance of my duties during the course of my employment with the Company.

The contract expressly recognizes that Huard's obligation not to improperly disclose, duplicate or use confidential information continues to apply even after he stops working for Caliber and until such time as the information becomes public knowledge.

15. The General Confidentiality Agreement also contains important anti-solicitation provisions. By signing the agreement, Huard expressly acknowledged and agreed:

>that during my employment, and for a period of six (6) months after the termination of my employment for any reason, I will not knowingly, directly or indirectly, for myself or for any other person or entity, solicit any employee, present acquisition target, independent contractor or consultant of the Company's to leave their employment or to cease doing business with the Company.

16. During the course of his employment at Caliber, Huard had access to an initial draft of the operating manual as well as the final draft of the manual. Huard received the long and short versions of the initial draft in Microsoft Word format by email on October 16, 2011 and was asked to provide input on them.

17. The final versions of both manuals were ultimately distributed in January and February 2012 to certain Caliber employees. Huard was one of the employees receiving hard copies of the operating manuals in connection with Caliber's annual Kick-Off Meetings, a multi-day training session for Caliber's regional and center managers and various corporate representatives. As part of its efforts to protect its proprietary information and trade secrets, and as a condition of receiving the manuals, Caliber required Huard to sign a written acknowledgement that stated, in part, as follows:

> I understand and agree that the Caliber Owner's Manual, a copy of which is being provided to me, ***contains confidential, trade secret and proprietary information of Caliber Collision Centers*** and as a condition of receiving a copy ***I agree to not allow all or any portion of the Owner's Manual to be reproduced, distributed or shared*** with anyone other than Caliber Collision Centers associates as required in the performance of their respective duties.
>
> I also understand and agree that the copy of the Caliber Owner's Manual I received is the property of Caliber and ***must be returned*** upon request during my employment and ***no later than my final date of employment*** along with all other Caliber property that is then in my possession.

In signing the document, Huard agreed that the information in it was confidential, trade secret and proprietary information and that he would not disclose or use it for any purpose other than his work for Caliber. In addition, the footers on each page of the manuals clearly state: "Highly Confidential and Proprietary. Copyright © 2012 Caliber Holdings Corp. All rights reserved."

18. In or about December 2012, while he was still employed with Caliber, Huard began soliciting multiple Caliber employees to leave the company and follow him to a competitor, Fix Auto. Huard resigned soon thereafter. Caliber

DOCUMENT PREPARED ON RECYCLED PAPER

ultimately sent Huard a cease and desist letter demanding that he stop soliciting its employees and reminding him that he was required to abide by the confidentiality agreement with Caliber even after his employment with the company ended. Caliber also reminded him that he was prohibited from using confidential information to compete with Caliber. Huard responded to Caliber's letter with an email denying that he solicited Caliber employees and denying that he had any Caliber documents. Since then, Huard has solicited additional employees to leave Caliber and go to work for him at Fix Auto.

19. Huard left Caliber to go to work for Fix Auto as their Vice President of Operations. Defendants Huard and Fix Auto soon began distributing to Fix Auto's franchisees a document titled "Fix Auto Operations Guide" (hereafter "Fix Guide").

20. The Fix Guide is substantively identical to the Caliber Guide. In particular, most pages match the Word version of the initial draft of the Caliber Guide that Huard received by e-mail in October 2011. The remaining pages match the hard copy of the final draft he received in February 2012. The only changes to the document are extremely minor and non-substantive, such as replacing every reference to "Caliber" with "Fix Auto" and adding phrases like "step one" to the headings of the Caliber Guide.

21. The comparison of the two guides reveals that Defendant Huard divulged Caliber's proprietary information and trade secret information to Defendant Fix Auto. In connection with his new position as a vice president of Fix Auto, he took that information and created a duplicate to distribute to Fix Auto's shops so that Fix Auto could profit from Caliber's trade secrets and know-how. Similarly, Huard and Fix Auto created derivative works from Caliber's Manuals to further derive benefit and profit from the materials. For example, Defendants distributed PowerPoint presentations to Fix Auto managers on or about January 30, 2013, which contained proprietary information and trade secrets from Caliber's Manuals.

22. The comparison of the two guides reveals that Defendants have misappropriated Caliber's proprietary and confidential operating manuals and illegally copied and/or created derivative works of them in order to use them for Fix Auto's operations and induce others to sign up as Fix Auto franchisees. As a result of Defendants' wrongful actions, Fix Auto continues through the present to use Caliber's confidential and proprietary information to Caliber's detriment. Caliber is suffering, and will continue to suffer, immediate irreparable harm unless and until Defendants are restrained from their illegal conduct.

## FIRST CLAIM FOR RELIEF AGAINST DEFENDANTS
## COPYRIGHT INFRINGEMENT

23. Caliber hereby incorporates paragraphs 1 - 22 above and each allegation therein as if fully set forth herein.

24. Caliber's Manuals are original, copyrightable subject matter under the laws of the United States. Caliber owns the exclusive rights and privileges in and to those copyrights. It has complied in all material respects with the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, and all other laws governing copyrights.

25. On information and belief, Defendants have infringed the copyrights described above by, among other things, reproducing, modifying, altering, publishing, displaying, selling, marketing, and/or otherwise using a manual and other material that are copies of, substantially similar to, or derived from, the original, protectable elements of Caliber's Manuals, without Caliber's consent. Defendants' infringement of the copyrights was and is knowing, intentional, deliberate, and willful. Defendant Huard had access to Caliber's Manuals through his employment at Caliber, and he and Defendant Fix Auto will engage in further acts of copyright infringement unless enjoined by this Court.

26. Pursuant to 17 U.S.C. § 502, Caliber is entitled to and hereby seeks temporary and final injunctive relief. Caliber has been and continues to be irreparably harmed by, and has no adequate remedy at law for, Defendants'

copyright infringement in that, among other things: (i) the copyrights constitute unique and valuable property, injury to which cannot adequately be compensated by monetary damages; (ii) the damages to Caliber resulting from Defendants' conduct are not precisely and fully ascertainable; (iii) Defendants' infringing acts injure and threaten to continue to injure Caliber's reputation and good will; and (iv) the damages resulting to Caliber from Defendants' wrongful conduct and the conduct itself are continuing, and Caliber would be required to bring a multiplicity of suits to achieve compensation for the injuries caused thereby.

27. Unless restrained, Defendants' copyright infringement will continue to cause irreparable injury to Caliber, both during the pendency of this action and thereafter. Caliber seeks an order from this Court preliminarily and permanently enjoining Defendants and all others acting in concert with them from directly or indirectly infringing Caliber's copyrights in any manner, including by reproducing, modifying, altering, publishing, displaying, selling, using, marketing, or otherwise disposing of any tangible item that is identical to, substantially similar to, or derived from, the copyrights, including without limitation Caliber's Manuals.

28. Pursuant to 17 U.S.C. § 503, Caliber is entitled to and hereby seeks an order impounding all copies of Caliber's Manuals and any infringing work that is in the possession, custody or control of Defendants, or as a result of Defendants' actions, any of Fix Auto's employees, agents, affiliates, contractors, distributors, franchisees or customers (including insurance carriers paying for repairs). Caliber further seeks an order directing that all copies of the infringing material in digital form be preserved by copying it to a storage media and then permanently deleted from all computers, servers, and storage devices (including without limitation flash drives and external hard drives) in Defendants' possession, custody or control which contain such infringing materials. Upon final judgment or decree, Caliber seeks an order requiring the collection and destruction of all copies of Caliber's Manuals and any infringing work (including without limitation any document

1  derived from Caliber's Manuals) in the possession, custody or control of
2  Defendants or, as a result of Defendants' actions, Fix Auto's employees, agents,
3  affiliates, contractors, distributors, franchisees or customers (including insurance
4  carriers paying for repairs).

5  29.  Pursuant to 17 U.S.C. §§ 504 and 505, Caliber is entitled to and hereby
6  seeks from Defendants its actual damages, including attorneys' fees and costs, that
7  it has sustained and will sustain, and any gains, profits, and advantages obtained by
8  Defendants as a result of the acts of infringement as alleged above.

## SECOND CLAIM FOR RELIEF AGAINST DEFENDANTS
## VIOLATION OF UNIFORM TRADE SECRETS ACT (Cal. Civ. Code §§ 3426 *et seq.*)

12  30.  Caliber hereby incorporates paragraphs 1 - 29 above and each
13  allegation therein as if fully set forth herein.

14  31.  The information developed by Caliber and contained in Caliber's
15  Manuals constitutes trade secrets under California's Uniform Trade Secrets Act
16  (Cal. Civ. Code, §§ 3426 *et seq.*).  The information derives independent economic
17  value from not being generally known to the public or to other persons who could
18  obtain economic value from its disclosure or use.  The information was kept secret
19  by Caliber, and Caliber engaged in reasonable efforts to maintain the secrecy of this
20  information, including by disclosing it to employees subject to a written
21  confidentiality agreement.

22  32.  Defendant Huard gained access to Caliber's trade secrets while
23  working for Caliber, because of his relationship with Caliber, and based on his
24  agreement and/or duty to maintain the confidentiality of that information.  Huard
25  knew that Caliber required its trade secrets to be kept secret and engaged in
26  reasonable efforts to maintain this secrecy, and specifically knew that Caliber's
27  operating manuals contained trade secrets.
28

33. Defendant Huard, in direct disregard of his duty to maintain the confidentiality of Caliber's trade secrets, and without Caliber's authorization or consent, is using and/or disclosing Caliber's trade secrets for his own benefit and for the benefit of others (namely, Fix Auto and its shops) and to the competitive disadvantage of Caliber.

34. Caliber is informed and believes, and on that basis alleges, that at the time Fix Auto acquired Caliber's trade secrets, Fix Auto knew, or had reason to know, of the duties imposed on Huard not to use or disclose Caliber's trade secrets during his employment with Caliber or after that employment ended. Yet despite that knowledge, Fix Auto continued, and continues today, to use Caliber's trade secrets to further its own interests and steal Caliber's business.

35. Defendants' conduct constitutes misappropriation of Caliber's trade secrets in violation of the Uniform Trade Secrets Act.

36. On information and belief, Defendant Fix Auto has wrongfully obtained profits as a result of its misappropriation of Caliber's trade secrets in an amount not yet ascertained to be proven at trial.

37. Caliber has suffered damages as a direct and proximate result of Defendants' violation of the Uniform Trade Secrets Act in an amount not yet ascertained to be proven at trial.

38. Caliber has also suffered, and will continue to suffer, immediate and irreparable harm from Defendants' wrongful misappropriation of Caliber's trade secrets. Caliber is entitled to preliminary and permanent injunctive relief pursuant to California Civil Code § 3426.2 enjoining Defendants from the further misappropriation and use of Caliber's trade secrets.

39. Defendants' conduct was and is intentional, willful and malicious, and in wanton disregard of the rights of Caliber. Accordingly, Caliber is entitled to exemplary damages, attorneys' fees and costs.

### THIRD CLAIM FOR RELIEF AGAINST DEFENDANT HUARD
### BREACH OF CONTRACT

40. Caliber hereby incorporates paragraphs 1 - 37 above and each allegation therein as if fully set forth herein.

41. Defendant Huard entered into a General Confidentiality Agreement with Caliber in which he promised not to (a) disclose Caliber's confidential and proprietary information to third parties, (b) copy such information without Caliber's consent, or (c) use such information except as authorized by Caliber, among other things. Huard also expressly agreed that, while he was employed with Caliber and for six months thereafter, he would not solicit any Caliber employee to leave their employment.

42. Huard unjustifiably breached the General Confidentiality Agreement by (1) copying Caliber's confidential and proprietary information contained in Caliber's Manuals, disclosing this information to third parties, and using it in connection with his employment at Fix Auto; and (2) soliciting Caliber employees to leave the company and follow him to a competitor while he was employed with Caliber and/or within six months of leaving.

43. Caliber has performed its obligations under the agreement.

44. Caliber has been harmed as a direct and proximate result of Huard's conduct and has suffered damages in an amount not yet ascertained to be proven at trial.

### FOURTH CLAIM FOR RELIEF AGAINST DEFENDANT HUARD
### BREACH OF FIDUCIARY DUTY/DUTY OF LOYALTY

45. Caliber hereby incorporates paragraphs 1 - 42 above and each allegation therein as if fully set forth herein.

46. While employed at Caliber, Defendant Huard held a position of trust and confidence in which he had access to Caliber's confidential information. Huard

was a fiduciary with Caliber, owing it an obligation of diligent and faithful service and a duty of loyalty under California Labor Code § 2860.

47. Huard breached his fiduciary duties and duty of loyalty to Caliber and abused Caliber's trust and confidence while he was employed at Caliber by failing to return all confidential information at the termination of his employment, taking Caliber's confidential information and trade secrets and disclosing them to a competitor, and soliciting Caliber employees to leave the company and follow him to a competitor.

48. Caliber has suffered damages as a direct and proximate result of Huard' breach of his fiduciary duties and duty of loyalty in an amount not yet ascertained to be proven at trial.

49. Huard's conduct was wrongful, malicious, fraudulent and in conscious disregard of the rights of Caliber. Punitive damages should be awarded in order to punish and make an example of him.

## PRAYER FOR RELIEF

50. Caliber prays for judgment against Defendants Huard and Fix Auto and seeks the following relief:

    A. Judgment that Defendants intentionally, knowingly, deliberately and/or willfully infringed and/or induced infringement of one or more of Caliber's copyrights;

    B. An order impounding all copies of Caliber's Manuals and any infringing work (including without limitation any derivative work) that is in the possession, custody or control of Defendants or, as a result of Defendants' actions, Fix Auto's employees, agents, affiliates, contractors, distributors, franchisees, or customers (including insurance carriers paying for repairs);

    C. An order requiring Defendants to preserve all copies of the infringing material in digital form by copying it to a storage media and then permanently deleting it from all computers, servers, and storage devices (including

without limitation flash drives and external hard drives) in Defendants' possession, custody or control, including without limitation all of Fix Auto's agents, affiliates, contractors, distributors, franchisees, or customers (including insurance carriers paying for repairs);

      D.    A temporary restraining order, preliminary injunction and permanent injunction restraining Defendants and all others acting in concert or participation with him (including Fix Auto's agents, affiliates, contractors, distributors, franchisees or customers) from (a) directly or indirectly infringing Caliber's copyrights in any manner, including by reproducing, modifying, altering, publishing, displaying, selling, marketing, using or otherwise disposing of any tangible item substantially similar to, or derived from, Caliber's copyrights; and (b) directly or indirectly reproducing, modifying, altering, publishing, displaying, selling, marketing, using or otherwise disposing of Caliber's trade secrets;

      E.    An order requiring the collection and destruction of all copies of materials derived from Caliber's Manuals in the possession, custody or control of Defendants or, as a result of their actions, Fix Auto's employees, agents, affiliates, contractors, distributors, franchisees, or customers (including insurance carriers paying for repairs);

      F.    Actual damages, including all value gained by Defendants from use of Caliber's Manuals and trade secrets through verdict and post-verdict until Defendants are enjoined from further infringing and/or misappropriating activities and all damages associated with Defendant Huard's breach of contract and breach of fiduciary duty/duty of loyalty;

      G.    An accounting of damages through verdict and post-verdict until Defendants are enjoined from further infringing and/or misappropriating activities;

      H.    An order (1) declaring Caliber the owner of, and for a constructive trust to be imposed on, all profits obtained as a result of Defendants' unlawful acts, any assets or properties acquired with such profits, and any income

78910566.3     - 14 -
COMPLAINT

earned by or on account of such assets; and (2) compelling Defendants to convey to Caliber such profits, any assets acquired with such profits, and any income earned by or on account of such assets;

   I. All pre-judgment and post-judgment interest allowed by law, including an award of post-judgment interest, pursuant to 28 U.S.C. § 1961, continuing until such judgment is paid, at the maximum rate allowed by law;

   J. Punitive and/or exemplary damages;

   K. Attorneys' fees and costs as allowed by law; and

   L. Such other relief as this Court may deem just and proper.

Dated: April 15, 2013

JOSHUA D. LICHTMAN
**FULBRIGHT & JAWORSKI L.L.P.**

By *[signature]*

JOSHUA D. LICHTMAN
Attorney for Plaintiff
Caliber Holdings Corp.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Caliber Holdings Corp. demands a trial by jury of all issues raised by this Complaint that are so triable.

Dated: April 15, 2013

JOSHUA D. LICHTMAN
**FULBRIGHT & JAWORSKI L.L.P.**

By *[signature]*
JOSHUA D. LICHTMAN
Attorney for Plaintiff
Caliber Holdings Corp.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV13- 602 AG (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [✓] **Southern Division**  | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Caliber Holdings Corp.

**DEFENDANTS**
Fusa, Inc. d/b/a Fix Auto and James T. Huard

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
JOSHUA D. LICHTMAN (State Bar No. 176143)
**FULBRIGHT & JAWORSKI L.L.P.**
Fulbright & Jaworski L.L.P.
555 S. Flower Street, 41st Floor
Los Angeles, California 90071
213-892-9200

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☒ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement, 17 U.S.C. Section 501, et seq. pendent state law claim for misappropriation of trade secrets.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: SACV13-602

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2
CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No [ ] Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No [ ] Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
[ ] A. Arise from the same or closely related transactions, happenings, or events; or
[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)
(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (James T. Huard) | Orange County (FUSA, Inc., d/b/a Fix Auto) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date April 12, 2013
Joshua D. Lichtman

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |