Name & Address:
JOSHUA D. LICHTMAN (State Bar No. 176143)
**FULBRIGHT & JAWORSKI L.L.P.**
555 S. Flower Street, 41st Floor
Los Angeles, California 90071
jlichtman@fulbright.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caliber Holdings Corp.<br><br>PLAINTIFF(S)<br>v.<br>Fusa, Inc. d/b/a Fix Auto and James T. Huard<br><br>DEFENDANT(S). | CASE NUMBER: SACV-13-602 AG (ANx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**
Unredacted copies of Exhibits 1-A, 1-B, 1-G and 3A to Ex Parte Application for TRO.

**Document Description:**
- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- [ ] Other

**Reason:**
- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [x] Manual Filing required ( *reason* ):   L.R. 79-5.1 submission for filing under seal.

April 16, 2013
Date

Joshua D. Lichtman
Attorney Name

Plaintiff Caliber Holdings Corp.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).