UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CALIBER HOLDINGS CORP., <br><br> Plaintiff, <br><br> v. <br><br> FUSA, Inc. and AUTO CENTER AUTO BODY, INC. d/b/a FIX AUTO and JAMES T. HUARD, <br><br> Defendants. | Case No. SACV-13-602-AG-ANx <br><br> [PROPOSED] <br> PRELIMINARY INJUNCTION |

Plaintiff Caliber Holdings Corp. ("Plaintiff") has filed a Complaint seeking injunctive and other relief and has applied for a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. This Court set a briefing schedule for the parties and held a hearing on the application for preliminary injunction on May 6, 2013.

Upon reviewing the Complaint, Memorandum of Points and Authorities and supporting declarations, the opposition briefs filed by defendants FUSA, Inc. d/b/a Fix Auto and James T. Huard ("Defendants") and Plaintiff's replies, and hearing arguments of counsel, the Court finds that:

1. Plaintiff has demonstrated the probable validity of its claims and the existence of prior and ongoing unlawful acts by defendant James T. Huard; and

2. This is a proper case for issuance of a Preliminary Injunction because, unless the restraining order issues, Plaintiff is likely to suffer irreparable injury—namely, Plaintiff will suffer diminishment of value in its copyrights and trade secrets, loss of customer goodwill, damage to its competitive position, and

57113209.2

disruption of its staffing and business operations, none of which can be adequately compensated by money damages;

Accordingly, IT IS HEREBY ORDERED that, pending trial on the merits and further order of this Court:

1. Defendant Huard and all others acting in concert or participation with him, including without limitation Defendants FUSA, Inc. and Auto Center Auto Body, Inc., are enjoined and restrained from directly or indirectly reproducing, modifying, altering, publishing, displaying, selling, marketing, using, or otherwise disposing of Caliber's Manual and any documents substantially similar to, or derived from, Caliber's Manual (including without limitation the Fix Auto Operations Guide).

2. Pursuant to 17 U.S.C. § 503, all copies of Caliber's Manual and any documents substantially similar to, or derived from, Caliber's Manual (including without limitation the FIX Auto Operations Manual) that are in the possession, custody or control of Defendants or their agents, affiliates, contractors, distributors, franchisees, insurance carriers, or customers are hereby impounded subject to the following conditions:

   a. Defendants shall collect all such materials and deliver them to the Court within seven days from the date of this order; and

   b. All materials delivered shall be kept under seal and be subject to inspection only by counsel of record in this proceeding pending further order of the Court.

3. Defendant Huard and all others acting in concert or participation with him, (including ~~without limitation~~ Defendants FUSA, Inc. and Auto Center Auto Body, Inc., are enjoined and restrained from directly or indirectly soliciting any of Plaintiff's current employees for employment with Fix Auto, through ~~June 30~~, ~~November 6~~, October 8, 2013. to the extent acting in concert or participation with him). This order does not preclude FUSA, Inc. or ACAB from independently soliciting or hiring Caliber-2-employees.

4. Plaintiff shall post a bond in a form approved by the Clerk of the Court or cash in the sum of $5,000 ~~[struck through]~~ as security for the payment of such costs and damages as may be incurred or suffered by any party who is subsequently found to be wrongfully enjoined or restrained hereby.

5. Any act in violation of the terms of this preliminary injunction by Defendants or anyone acting in concert with them may be considered and prosecuted as contempt of this Court.

DATED: May 6, 2013

HOUR ISSUED: 11:17 a.m.

_____
The Honorable Andrew J. Guilford
United States District Judge

57113209.2                                    - 3 -