JOSHUA D. LICHTMAN (State Bar No. 176143)
Email:  jlichtman@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

ADAM T. SCHRAMEK (TX. State Bar No. 24033045)
Email: aschramek@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone:  (512) 536-5232
Facsimile:  (512) 536-4598
(*pro hac vice* application to be filed)

Attorneys for Plaintiff
Caliber Holdings Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CALIBER HOLDINGS CORP., | Case No. SACV13-602 AG(ANx) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| FUSA, Inc. d/b/a FIX AUTO and JAMES T. HUARD, | |
| Defendants. | |

Before the Court is the above styled and numbered cause. The parties have entered into a settlement agreement that includes the entry of an agreed, final judgment.

Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the preliminary injunction entered by this Court on May 6, 2013, is hereby made **PERMANENT.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall take all actions necessary to release the bond or cash posted by Plaintiff in support of its preliminary injunctive relief.

**IT IS FURTHER ORDERED** Plaintiff takes nothing on its claims for damages and all costs of court and attorney's fees shall be borne by the party incurring same.

**IT IS FURTHER ORDERED** that relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the above styled and numbered cause is hereby **CLOSED.**

DATED: July 26, 2013

HOUR ISSUED: 10:40 A.M.

_____
The Honorable Andrew J. Guilford
United States District Judge